BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILBERTO CASTILLO SANCHEZ, | No. 1:13 cv 314 LJO SKO |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER RE: REMAND PURSUANT TO |
| v. | 8 U.S.C. § 1447(b) |
| Janet Napolitano, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 30 days from the date of the order of remand.

Dated: April 1, 2013

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

                         By:    /s/Audrey Hemesath
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for the Defendants

1
2
                    By:     /s/ Peter Singh
                           Peter Singh
                           Attorney for the Plaintiff

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is remanded to United States Citizenship and Immigration Services with instructions to adjudicate the application within 30 days.

IT IS SO ORDERED.

**Dated:   April 2, 2013**            **/s/  Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE